ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2012 FEB -7 AM 9:33

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| KEITH HENDERSON, | ) |
| Plaintiff, | ) |
| v. | ) CV 311-110 |
| Officer S. WRIGHT, et al., | ) |
| Defendants. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed.[1] Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's motion to proceed *in forma pauperis* is **DENIED** (doc. no. 2), and this action is **DISMISSED** without prejudice. If Plaintiff wishes to proceed with the claims raised in this lawsuit, he must submit a new complaint, along with the full filing fee. Dupree v. Palmer, 284 F.3d 1234, 1236 (11th Cir. 2002) (*per curiam*).

SO ORDERED this 7th day of February, 2012, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE

---

[1] Following issuance of the Report and Recommendation, Plaintiff filed two "Notices" providing additional information about his claims, such as the identity of a potential witness to the events alleged in his complaint. (Doc. nos. 5, 6.) Because these filings neither address nor call into question the Magistrate Judge's conclusion that this case should be dismissed under the "three strikes" provision of 28 U.S.C. § 1915(g), they do not warrant further discussion.